**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1564**

HARRY LAWRENCE QUIGLEY,

Plaintiff - Appellant,

v.

STEVE WILLIAMS; SCOTT DAMRON; JOYCE CLARK; CHARLES MCCOMAS; ALEX VENCE; JENNIFER WHEELER; TONIA PAGE; MARK BATES; MIKE SHOCKLEY; TOM MCGUFFIN; TINA BROOKS; REBECCA HOWE; CAROL POLAN, each and all in both their official and individual capacities; CITY OF HUNTINGTON, WEST VIRGINIA; DENVER C. OFFUTT, JR.; STEVEN K. NORD; RYAN Q. ASHWORTH, each and all in both their official and individual capacities; ROBERT C. CHAMBERS; CHERYL A. EIFERT; OMAR ABOULHOSN, each and all in their individual, non-judicial capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Thomas E. Johnston, Chief District Judge.  (3:18-cv-01323)

Submitted:  June 30, 2020                    Decided:  July 13, 2020

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Harry Lawrence Quigley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry Lawrence Quigley appeals the district court's order accepting the recommendation of the magistrate judge in part and dismissing Quigley's civil action filed pursuant to 42 U.S.C. §§ 1983, 1985, 1986 (2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Quigley v. Williams*, No. 3:18-cv-01323 (S.D.W. Va., Apr. 25, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*